440 (Rev.8/01) Summons in a Civil Action

# United States District Court
## District of Kansas

LARRY TREASTER

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-CV-2061 JWL/DJW

HEALTHSOUTH CORPORATION, et al.

TO: (Name and address of defendant)

HEALTHSOUTH CORPORATION
d/b/a Mid-America Rehabilitation Hospital
   Serve:  The Corporation Company
           Registered Agent
           515 South Kansas Ave.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Henri J. Watson
Russell S. Dameron
Watson & Dameron, LLP
2500 Holmes
Kansas City, MO 64108
(816) 474-3350

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Ralph L. DeLoach,
259 Robert J. Dole Courthouse
500 State Avenue
Kansas City, KS 66101-2480            February 7, 2005
CLERK                                                             DATE

*Karen O'Keefe*
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons In a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 2-14-05 |
| NAME OF SERVER (PRINT) John F. Donnelly | TITLE AM P457 Delivery + Mail |

Check *one* box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served Linda McBride legal Sec for C.T. Corporation at 515 S. Kansas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 35.00 | TOTAL 35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-14-05   9:55AM   *John F. Donnelly*
              Date                Signature of Server

3900 SW 40TH Terr
Address of Server
Topeka, KS  66610
785-299-2358

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.