## MEDICAL DIRECTION AGREEMENT

AGREEMENT, made and executed as of the _____ day of October, 2001, by and between **K.C. Rehabilitation Hospital, Inc.**, doing business as Mid America Rehabilitation Hospital ("HEALTHSOUTH"), and **Daniel R. Wilson, M.D.**, a licensed physician in the State of Kansas (the "Director").

### W I T N E S S E T H:

WHEREAS, HEALTHSOUTH operates an inpatient rehabilitation hospital located at 5701 W. 110th Street, Overland Park, Kansas (the "Facility");

WHEREAS, the Director is duly licensed to practice medicine in the State of Kansas and fully qualified and experienced in PM&R medicine; and

WHEREAS, HEALTHSOUTH and the Director desire for the Director to provide medical direction and administrative services in the Facility.

NOW, THEREFORE, in consideration of the mutual covenants and agreements herein contained, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, HEALTHSOUTH and the Director agree as follows:

Section 1.   **Services to be Provided by the Director.**

1.1.   **Medical Direction.** The Director agrees to be a Medical Director of the Facility and, in connection therewith, to provide services appropriate to the position of Medical Director of the Facility, including, but not limited to, the following:

(a)   The Director shall assist in providing medical direction for the Facility in conformance with HEALTHSOUTH's policies and procedures, as established from time to time by HEALTHSOUTH, and all applicable standards of the Joint Commission on Accreditation of Healthcare Organizations ("JCAHO"), the Commission on Accreditation of Rehabilitation Facilities ("CARF"), the Centers for Medicare and Medicaid Services ("CMS") and all other applicable entities, including federal, state and local regulatory agencies (collectively "Regulatory Agencies").

(b) The Director shall supervise the timely and complete documentation of all clinical records and other data. Within the Director's responsibilities, the Director shall comply with all applicable governmental, JCAHO, CMS, Regulatory Agencies and other applicable recordkeeping and recording requirements.

(c) The Director shall assist in supervising the clinical activities performed at the Facility and the administrative tasks associated with such clinical activities.

(d) The Director shall assist in developing and implementing quality treatment programs, critical pathways, clinical programs and modalities to meet the needs of the Facility and its patients.

(e) The Director shall, at all times, be responsible for appropriate backup medical coverage for patients on the Director's service.

(f) The Director shall participate in the Facility's quality assurance and risk management programs.

(g) The Director shall assist HEALTHSOUTH with the recruitment, engagement, evaluation, training and inservice education of clinical and nursing staff for the Facility, and in the development of job standards and policies for such persons. The Director shall report all incompetent, disloyal or unprofessional personnel, when the Director becomes aware of such personnel, to the Administrator of the Facility. It is expressly understood, however, that the final authority for all employment and personnel decisions concerning Facility personnel shall lie solely with HEALTHSOUTH, which shall have full and final discretion in all such matters.

(h) The Director shall assist in supervising Medical Staff compliance with the bylaws, rules and regulations of the Facility, the standards and guidelines of JCAHO, CARF, CMS and the State Health Department and all applicable federal, state and local laws and regulations.

(i) The Director shall act as a representative and goodwill ambassador for the Facility to patients, families, practitioners and other