IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**LARRY TREASTER,**

        **Plaintiff,**

**v.**                                            Case No. 05-2061-JWL

**DANIEL R. WILSON, M.D.,**

        **Defendant.**

---

## VERDICT

We, the jury, duly impaneled and sworn, upon our oaths, present the following answer to the questions submitted by the court:

1.     Do you find defendant Daniel R. Wilson, M.D. to be at fault?

        Yes _____          No __X__

*(If your answer to this question is "yes," proceed to Question 2. If your answer to this question is "no," your deliberations are complete and your foreperson should sign and date this verdict form and notify the court that you have reached a verdict.)*

2. Considering all of the fault at one hundred percent, what percentage of the total fault is attributable to each of the following:

HealthSouth Corporation d/b/a
Mid-America Rehabilitation Hospital            (0% to 100%) _____%

Defendant Daniel R. Wilson, M.D.               (0% to 100%) _____%

*(Please proceed to the next question.)*

3. Without considering the percentage of fault set forth in question 2 above, what damages do you find were sustained by plaintiff Larry Treaster?

Medical Expenses – itemized as follows:

| Healthcare Provider | Amount |
|---|---|
| North Kansas City Hospital | $ |
| Northland Radiology | $ |
| Northland Anesthesiologists | $ |
| Northland Bone & Joint (Leslie Thomas, M.D.) | $ |
| James Zarr, M.D. (physiatrist at North Kansas City Hospital) | $ |
| Medevac Mid America (from Mid-America Rehabilitation Hospital to North Kansas City Hospital) | $ |
| Metropolitan Ambulance Services Trust (from North Kansas City Hospital to Mid-America Rehabilitation Hospital) | $ |
| Mid-America Rehabilitation Hospital (x-ray) | $ |
| Porter's Wheelchair Van Services (roundtrip to appointment with Dr. Thomas) | $ |

| | |
|---|---|
| Mid-America Rehabilitation Hospital (extended stay due to non-weight bearing status) | $ |
| TOTAL MEDICAL EXPENSES (add amounts set forth above) | $ |

Non-economic Loss To Date            $_____

Future Non-economic Loss             $_____

      TOTAL DAMAGES               $_____

*(Your deliberations are complete. Please have the foreperson sign and date this verdict form and notify the court that you have reached a verdict.)*

__10/05/06__
Date

                                                 Foreperson