# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LARRY TREASTER, )<br>)<br>  Plaintiff, )<br>vs. )<br>)<br>HEALTHSOUTH CORPORATION d/b/a )<br>MID-AMERICA REHABILITATION )<br>HOSPITAL, et al., )<br>)<br>  Defendants. ) | Case No. <u>05CV2061JWL/DJW</u> |

## STIPULATION FOR DISMISSAL OF HEALTHSOUTH CORPORATION

**NOW** on this 23rd day of October, 2006, the parties announce that they have entered into a Confidential Settlement Agreement and Release and thereby are agreeing to a stipulation for dismissal with prejudice in regards to defendant HealthSouth Corporation only in the above-captioned matter. Each party hereto shall bear their own attorney's fees and/or court costs, if any.

**SUBMITTED:**

BY: **/s/ Kathleen Hagen**
     **KATHLEEN HAGEN KS Bar #16895**
     WATSON & DAMERON, L.L.P.
     2500 Holmes Road
     Kansas City, MO 64108
     (816) 474-3350
     (816) 221-1636 (FAX)
     ATTORNEY FOR PLAINTIFF

**LOGAN & LOGAN, L.C.**


BY: **/s/ Scott K. Logan**_____
      **SCOTT K. LOGAN, #10465**
      M. BRADLEY WATSON, #12149
      JEFF K. BROWN, #17662
      THOMAS R. PICKERT, #21024
      8340 Mission Road
      Suite 106
      Prairie Village, KS 66206
      (913) 381-1121
      Telefax No. (913) 381-6546

      ATTORNEYS FOR DEFENDANT